UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNON J. PEARSON, III ,

    Plaintiff,

v.                                                           Case No: 8:20-cv-1434-T-36JSS

GRACEPOINT, TAMPA POLICE
DEPARTMENT and HILLSBOROUGH
COUNTY SHERIFF,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on June 24, 2020 (Doc. 5). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's construed Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be DENIED without prejudice; and (2) Plaintiff's Complaint (Dkt. 1) be DISMISSED without prejudice and with leave to file an amended pleading that complies with the Federal Rules of Civil Procedure and that the amended complaint, if any, be due within twenty (20) days of the date this Report and Recommendation becomes final. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's construed Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is DENIED without prejudice.

(3) Plaintiff's Complaint (Dkt. 1) is DISMISSED without prejudice. Plaintiff is granted leave to file an amended complaint that complies with the Federal Rules of Civil Procedure within twenty (20) days of the date of this Order. **Failure to file an amended complaint within the time provided may result in this action being dismissed without further notice.**

**DONE AND ORDERED** at Tampa, Florida on July 13, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record